IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-11-416 |
| | § | |
| JIMMY EDWARDS | § | |

**O R D E R**

The defendant filed an unopposed motion for an extension of the deadline to file objections to the presentence report and for a continuance of the sentencing hearing, (Docket Entry No. 16). The motion for continuance is GRANTED. The sentencing hearing is reset to **November 16, 2011 at 9:00 a.m.** Objections to the presentence report are due by November 4, 2011.

SIGNED on October 24, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge